ZACHARY PEKELIS JONES, WSBA #44557
BRIAN H. ROWE, WSBA #56817
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
JEFFREY T. EVEN, WSBA #20367
*Deputy Solicitor General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| ENRIQUE JEVONS as managing member of Jevons Properties LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAY INSLEE, in his official capacity as the Governor of the State of Washington, et al., <br><br> Defendants. | NO. 1:20-cv-03182-SAB <br><br> ANSWER TO FIRST AMENDED COMPLAINT |

## GENERAL DENIALS

Defendants Jay Inslee, in his official capacity as Governor of the State of Washington, and Robert Ferguson, in his official capacity as Attorney General of the State of Washington, by and through their attorneys, Attorney General Robert W. Ferguson; Assistant Attorneys General Zachary Pekelis Jones, Brian H. Rowe, and Cristina Sepe, and Deputy Solicitor General Jeffrey T. Even,

ANSWER TO FIRST AMENDED
COMPLAINT
NO. 1:20-cv-03182-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

hereby answer Plaintiffs' First Amended Complaint. Except as herein expressly admitted or qualified, Defendants deny each and every allegation, statement, or charge contained in the First Amended Complaint, and deny that Plaintiffs are entitled to any of the relief requested.

The coronavirus disease 2019 (COVID-19) pandemic is an unprecedented state, national, and international emergency that requires an unprecedented governmental response to protect public health. The emergency orders issued by the Governor of Washington, like similar orders issued by numerous national, state, regional, and local governments around the world, currently represent the best mechanism to mitigate the spread of COVID-19. Specifically, Proclamation 20-19 (including its amendatory proclamations) is a lawful exercise of the Governor's emergency powers that infringes none of Plaintiffs' constitutional rights. Defendants respond to the numbered allegations in the First Amended Complaint as follows:

## INTRODUCTION

1. Defendants admit that Governor Jay Inslee issued emergency Proclamations 20-19 through 20-19.4 in response to the COVID-19 pandemic. Defendants deny Plaintiffs' characterizations of these emergency Proclamations, the text of which speaks for itself. The second sentence of Paragraph 1 contains legal conclusions or argument, to which no response is required. Defendants are without information sufficient to form a belief as to the truth of the other

ANSWER TO FIRST AMENDED
COMPLAINT
NO. 1:20-cv-03182-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

allegations in Paragraph 1, and therefore deny the same. To the extent a further response is required, Defendants deny the remainder of Paragraph 1.

2. Defendants deny Plaintiffs' characterization of the Proclamations, the text of which speaks for itself. Paragraph 2 contains legal conclusions or argument, to which no response is required. Defendants are without information sufficient to form a belief as to the truth of the factual allegations in Paragraph 2, and therefore deny the same. To the extent a further response is required, Defendants deny the remainder of Paragraph 2.

3. Defendants deny Plaintiffs' characterization of the Proclamations, the text of which speaks for itself. Paragraph 3 asserts legal conclusions to which no response is required. To the extent a further response is required, Paragraph 3 is denied.

4. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and therefore deny the same.

5. Paragraph 5 asserts legal conclusions to which no response is required. To the extent a response is required, Paragraph 5 is denied.

## JURISDICTION AND VENUE

6. Paragraph 6 asserts legal conclusions to which no response is required. To the extent a response is required, Paragraph 6 is denied.

7. Defendants admit that venue is proper in this judicial district. To the extent a further response is required, the remainder of Paragraph 7 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**PARTIES**

8. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore deny the same.

9. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and therefore deny the same.

10. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore deny the same.

11. Defendants admit that Governor Jay Inslee is the Governor of the State of Washington, that he is being sued in his official capacity, and that he issued the Proclamations in question. The other allegations in Paragraph 11 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 11 is denied.

12. Defendants admit that Attorney General Robert Ferguson is the Attorney General of the State of Washington and that he is being sued in his official capacity. The other allegations in Paragraph 12 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 12 is denied.

**STANDING**

13. Paragraph 13 asserts legal conclusions to which no response is required. To the extent a response is required, Paragraph 13 is denied.

14. Paragraph 14 asserts legal conclusions to which no response is required. To the extent a response is required, Paragraph 14 is denied.

ANSWER TO FIRST AMENDED
COMPLAINT
NO. 1:20-cv-03182-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# FACTUAL ALLEGATIONS

## A. Plaintiffs and their Property

15. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore deny the same.

16. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore deny the same.

17. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore deny the same.

18. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and therefore deny the same.

## B. The Outbreak of COVID-19

19. Defendants admit that Governor Jay Inslee issued emergency Proclamations in response to the novel COVID-19 pandemic, and that the pandemic has had significant, negative, and global economic effects, and affected the lives of all or virtually all Americans. As to the other allegations in Paragraph 19, they are legal conclusions to which no response is required, or Defendants are without information sufficient to form a belief as to their truth, and therefore deny them.

20. Defendants admit that on February 29, 2020, Governor Jay Inslee issued Proclamation 20-05 declaring a State of Emergency in response to the COVID-19 global pandemic, and that on March 23, 2020, Governor Jay Inslee issued Proclamation 20-25, "Stay Home – Stay Healthy." Defendants deny that

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

the other phrases quoted in Paragraph 20 appear in Proclamation 20-25 and otherwise deny Plaintiffs' characterization of the Proclamations.

C. **The Governor's Eviction-Related Proclamations**

21. Defendants admit that on March 18, 2020, Governor Jay Inslee issued Proclamation 20-19, Evictions, amending Proclamation 20-05. Defendants admit that the Proclamation stated that it was to remain in effect until April 17, 2020. The text of the Proclamation speaks for itself. The other allegations in Paragraph 21 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 21 is denied.

22. Defendants admit that on April 16, 2020, Governor Jay Inslee issued Proclamation 20-19.1, Evictions, amending and extending Proclamation 20-19. Defendants admit that the Proclamation stated that it was to remain in effect until June 4, 2020. The text of the Proclamation speaks for itself. The other allegations in Paragraph 22 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 22 is denied.

    a. The allegations in Paragraph 22.a are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 22.a is denied.

    b. The allegations in Paragraph 22.b are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 22.b is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1     23.    Defendants admit that on June 2, 2020, Governor Jay Inslee issued Proclamation 20-19.2, Evictions, extending and amending Proclamation 20-19. Defendants admit that the Proclamation stated that it was to remain in effect until August 1, 2020. Defendants admit that on July 24, 2020, Governor Jay Inslee issued Proclamation 20-19.3, Evictions, extending and amending Proclamation 20-19. Defendants admit that the Proclamation stated that it was to remain in effect until October 15, 2020. Defendants admit that on October 14, 2020, Governor Jay Inslee issued Proclamation 20-19.4, Evictions, extending and amending Proclamation 20-19. Defendants admit that the Proclamation stated that it was to remain in effect until December 31, 2020. Defendants admit that a copy of Proclamation 20-19.4 is attached to Plaintiffs' Complaint as Appendix A. The text of the Proclamation speaks for itself. The other allegations in Paragraph 23 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 23 is denied.

    24.    The allegations in Paragraph 24 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 24 is denied.

    25.    The allegations in Paragraph 25 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 25 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  26. The allegations in Paragraph 26 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 26 is denied.

27. The allegations in Paragraph 27 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 27 is denied.

28. The allegations in Paragraph 28 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 28 is denied.

29. The allegations in Paragraph 29 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 29 is denied.

30. The allegations in Paragraph 30 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 30 is denied.

31. The allegations in Paragraph 31 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 31 is denied.

32. The allegations in Paragraph 32(a)-(d) are legal conclusions to which no response is required. To the extent a response is required, Paragraph 32 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## FIRST CLAIM FOR RELIEF

**Violation of the Contracts Clause, Art. 1. § 10 of the United States Constitution (Declaratory Relief Under 42 U.S.C. § 1983)**

33. Defendants incorporate by reference the preceding responses to each enumerated paragraph. To the extent a further response is required, Paragraph 33 is denied.

34. The allegations in Paragraph 34 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 34 is denied.

35. The allegations in Paragraph 35 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 35 is denied.

36. The allegations in Paragraph 36 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 36 is denied.

37. The allegations in Paragraph 37 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 37 is denied.

38. The allegations in Paragraph 38 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 38 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    39.    The allegations in Paragraph 39 are legal conclusions to which no
2  response is required. To the extent a further response is required, Paragraph 39 is
3  denied.
4    40.    The allegations in Paragraph 40 are legal conclusions to which no
5  response is required. To the extent a further response is required, Paragraph 40 is
6  denied.
7    41.    The allegations in Paragraph 41 are legal conclusions to which no
8  response is required. To the extent a further response is required, Paragraph 41 is
9  denied.
10   42.    The allegations in Paragraph 42 are legal conclusions to which no
11 response is required. To the extent a further response is required, Paragraph 42 is
12 denied.
13   43.    The allegations in Paragraph 43 are legal conclusions to which no
14 response is required. To the extent a further response is required, Paragraph 43 is
15 denied.
16   44.    The allegations in Paragraph 44 are legal conclusions to which no
17 response is required. To the extent a further response is required, Paragraph 44 is
18 denied.
19   45.    The allegations in Paragraph 45 are legal conclusions to which no
20 response is required. To the extent a further response is required, Paragraph 45 is
21 denied.
22

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1     46.     The allegations in Paragraph 46 are legal conclusions to which no
2 response is required. To the extent a further response is required, Paragraph 46 is
3 denied.
4     47.     The allegations in Paragraph 47 are legal conclusions to which no
5 response is required. To the extent a further response is required, Paragraph 47 is
6 denied.
7     48.     The allegations in Paragraph 48 are legal conclusions to which no
8 response is required. To the extent a further response is required, Paragraph 48 is
9 denied.
10    49.     The allegations in Paragraph 49 are legal conclusions to which no
11 response is required. To the extent a further response is required, Paragraph 49 is
12 denied.
13    50.     The allegations in Paragraph 50 are legal conclusions to which no
14 response is required. To the extent a further response is required, Paragraph 50 is
15 denied.
16    51.     The allegations in Paragraph 51 are legal conclusions to which no
17 response is required. To the extent a further response is required, Paragraph 51 is
18 denied.
19    52.     The allegations in Paragraph 52 are legal conclusions to which no
20 response is required. To the extent a further response is required, Paragraph 52 is
21 denied.
22

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   53.    The allegations in Paragraph 53 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 53 is denied.

54.    The allegations in Paragraph 54 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 54 is denied.

55.    The allegations in Paragraph 55 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 55 is denied.

## SECOND CLAIM FOR RELIEF

**Violation of the Takings Clause of the Fifth Amendment to the United States Constitution**
**(Declaratory relief under 42 U.S.C. § 1983)**

56.    Defendants incorporate by reference the preceding responses to each enumerated paragraph. To the extent a further response is required, Paragraph 56 is denied.

57.    The allegations in Paragraph 57 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 57 is denied.

58.    The allegations in Paragraph 58 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 58 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

12

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

59. The allegations in Paragraph 59 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 59 is denied.

60. The allegations in Paragraph 60 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 60 is denied.

61. The allegations in Paragraph 61 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 61 is denied.

62. The allegations in Paragraph 62 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 62 is denied.

63. The allegations in Paragraph 63 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 63 is denied.

64. The allegations in Paragraph 64 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 64 is denied.

65. The allegations in Paragraph 65 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 65 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

13

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## THIRD CLAIM FOR RELIEF

**Violation of the Takings Clause of Art. I, § 16 of the Washington Constitution (Declaratory relief under Rev. Code of Wa. 7.24.010)**

66. Defendants incorporate by reference the preceding responses to each enumerated paragraph. To the extent a further response is required, Paragraph 66 is denied.

67. The allegations in Paragraph 67 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 67 is denied.

68. The allegations in Paragraph 68 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 68 is denied.

69. The allegations in Paragraph 69 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 69 is denied.

70. The allegations in Paragraph 70 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 70 is denied.

71. The allegations in Paragraph 71 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 71 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

14

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

72. The allegations in Paragraph 72 are legal conclusions to which no response is required. To the extent a response is required, Paragraph 72 is denied.

### FOURTH CLAIM FOR RELIEF

**Violation of the Due Process Clause of the Fourteenth Amendment
(Declaratory relief under 42 U.S.C. § 1983)**

73. Defendants incorporate by reference the preceding responses to each enumerated paragraph. To the extent a further response is required, Paragraph 73 is denied.

74. The allegations in Paragraph 74 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 74 is denied.

75. The allegations in Paragraph 75 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 75 is denied.

76. The allegations in Paragraph 76 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 76 is denied.

77. The allegations in Paragraph 77 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 77 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

15

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

78. The allegations in Paragraph 78 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 78 is denied.

79. The allegations in Paragraph 79 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 79 is denied.

80. The allegations in Paragraph 80 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 80 is denied.

81. The allegations in Paragraph 81 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 81 is denied.

82. The allegations in Paragraph 82 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 82 is denied.

83. The allegations in Paragraph 83 are legal conclusions to which no response is required. To the extent a further response is required, Paragraph 83 is denied.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

16

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# REQUESTED RELIEF

Paragraphs 1–4 assert Plaintiffs' requested relief, to which no response is required. To the extent a response is required, Defendants deny that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

# AFFIRMATIVE DEFENSES

Defendants' affirmative defenses to the First Amended Complaint are set forth below. By setting forth the following defenses, Defendants do not assume burden of proof on the matter and issue other than those on which he has the burden of proof as a matter of law. Defendants reserve the right to supplement these defenses.

1. Defendants are immune from suit under the Eleventh Amendment to the U.S. Constitution.

2. Defendants are entitled to qualified immunity.

3. Plaintiffs have failed to exhaust administrative remedies.

4. Plaintiffs lack standing.

5. Plaintiffs' claims are moot.

6. Plaintiffs' claims are unripe.

7. This case is non-justiciable.

8. This Court lacks subject matter jurisdiction.

9. Plaintiffs have failed to state a claim upon which relief may be granted.

10. Plaintiffs have failed to join necessary parties.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

17

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

11. Abstention doctrines warrant a stay or dismissal of the case.

12. The challenged Proclamations have a real and substantial relation to the COVID-19 public health crisis and is not a plain, palpable invasion of Plaintiffs' rights.

13. The Proclamations are narrowly tailored to advance a compelling governmental interest.

14. The Proclamations reasonably and appropriately further the legitimate and significant goal of combatting the COVID-19 pandemic.

15. The Proclamations are appropriate uses of the State's police power to protect public health and welfare.

16. The Proclamations are appropriate uses of the emergency powers of the Governor.

## **DEFENDANTS' REQUEST FOR RELIEF**

Wherefore, Defendants pray that the Court:

1. Dismiss Plaintiffs' First Amended Complaint with prejudice;

2. Deny all relief Plaintiffs request;

3. Grant Defendants their costs and reasonable attorneys' fees; and,

4. Grant Defendants such other and further relief as the Court may deem just and proper.

DATED this 11th day of May 2021.

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

18

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | ROBERT W. FERGUSON<br>Attorney General |
| 2 | |
| 3 | */s/ Brian H. Rowe*<br>ZACHARY PEKELIS JONES, WSBA #44557 |
| | BRIAN H. ROWE, WSBA #56817 |
| 4 | CRISTINA SEPE, WSBA #53609<br>Assistant Attorneys General |
| 5 | JEFFREY T. EVEN, WSBA #20367 |
| | Deputy Solicitor General |
| 6 | 800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 |
| 7 | (206) 464-7744 |
| | zach.jones@atg.wa.gov |
| 8 | brian.rowe@atg.wa.gov |
| | cristina.sepe@atg.wa.gov |
| 9 | jeffrey.even@atg.wa.gov |
| | *Attorneys for Defendants* |

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

19

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 11th day of May 2021, at Seattle, Washington.

/s/ Brian H. Rowe
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
brian.rowe@atg.wa.gov

ANSWER TO FIRST AMENDED COMPLAINT
NO. 1:20-cv-03182-SAB

20

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744