Richard M. Stephens
STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
425-453-6206

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| ENRIQUE JEVONS, as managing member of Jevons Properties LLC, FREYA K. BURSTALLER as trustee of the Freya K. Burgstaller Revocable Trust, JAY GLENN and KENDRA GLENN,<br><br>Plaintiffs,<br><br>vs.<br><br>JAY INSLEE, in his official capacity as Governor of the State of Washington and ROBERT FERGUSON, in his official capacity of the Attorney General of the State of Washington,<br><br>Defendants. | No. 1:20-CV-03182-SAB<br><br>Stipulated Motion to Set Supplemental Briefing Schedule and Page Limits |

Stipulated Motion to Set Supplemental
Briefing Schedule and Page Limits
No. 1:20-CV-03182-SAB 1

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

# STIPULATED MOTION

Currently pending before the Court are the parties' Cross-Motions for Summary Judgment (ECF Nos. 22, 30). In light of the United States Supreme Court's June 23, 2021 decision in *Cedar Park Nursery v. Hassid*, ___ U.S. ___, 141 S.Ct. 2063 (2021), the parties agree that supplemental briefing regarding the impact of that case is warranted before the summary judgment hearing scheduled for August 5, 2021. *Cedar Park Nursery* addressed whether a state's access regulation constitutes a *per* se physical taking. Plaintiffs have a Takings claim that both parties have moved on.

The parties have conferred about a schedule for briefing the impact of this recent decision on the pending motions as well as appropriate brief lengths. The parties propose the following schedule:

Plaintiffs' Supplemental Brief due on July 15, 2021 and limited to 8 pages;

Defendants' Supplemental Brief due on July 22, 2021 and limited to 8 pages;

Plaintiffs' Supplemental Reply Brief due on July 29, 2021and limited to 4 pages; and

Defendants' Supplemental Reply Brief due on August 4, 2021 and limited to 4 pages.

The parties request that the Court enter the parties' stipulated briefing schedule with the page limits as provided above.

Stipulated Motion to Set Supplemental
Briefing Schedule and Page Limits
No. 1:20-CV-03182-SAB 2

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

Respectfully submitted this 9th day of July, 2021.

| | |
|---|---|
| STEPHENS & KLINGE | ROBERT W. FERGUSON<br>Attorney General |
| */s/ Richard M. Stephens*<br>Richard M. Stephens, WSBA #21776<br>10900 NE 4th Street, Suite 2300<br>Bellevue, WA 98004<br>425-453-6206<br>stephens@sklegal.pro | *s/ Cristina Sepe*<br>CRISTINA SEPE, WSBA #53609<br>BRIAN H. ROWE, WSBA #56817<br>Assistant Attorneys General<br>JEFFREY T. EVEN, WSBA #20367<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 474-7744<br>cristina.sepe@atg.wa.gov<br>brian.rowe@atg.wa.gov<br>jeffrey.even@atg.wa.gov |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

Stipulated Motion to Set Supplemental
Briefing Schedule and Page Limits
No. 1:20-CV-03182-SAB 3

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206