AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2021

SEAN F. McAVOY, CLERK

Enrique Jevons, as managing member of Jevons Properties LLC; Jevons Properties LLC; Freya K Burgstaller, as trustee of the Freya K. Burgstaller Revocable Trust; Jay Glenn; and Kendra Glenn,
*Plaintiff*
v.
JAY INSLEE, in his official capacity as the Governor of the State of Washington; and ROBERT FERGUSON, in his official capacity of the Attorney General of the State of Washington,
*Defendant*

Civil Action No. 1:20-CV-3182-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Cross-Motion for Summary Judgment, ECF No. 30, is GRANTED. Plaintiffs' Motion for Summary Judgment, ECF No. 22, is DENIED. Judgment entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on parties' cross-motions for summary judgment.

Date: September 21, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore