FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE JEVONS, as managing member of Jevons Properties LLC; JEVONS PROPERTIES LLC; FREYA K. BURGSTALLER, as trustee of the Freya K. Burgstaller Revocable Trust; JAY GLENN; and KENDRA GLENN,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAY INSLEE, in his official capacity as the Governor of the State of Washington; and ROBERT FERGUSON, in his official capacity of the Attorney General of the State of Washington,<br><br>    Defendant. | No. 1:20-CV-3182-SAB<br><br>**ORDER DISMISSING CASE** |

The Court issued judgment in the above-captioned case on September 21, 2021. Defendants appealed and on August 8, 2023, the U.S. Court of Appeals for the Ninth Circuit vacated and remanded the case, directing the Court to dismiss the matter as moot. On August 30, 2023, the Ninth Circuit issued its mandate. By this Order, the Court dismisses the case as moot and closes the file.

//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED, as moot**.
2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and close the file.

**DATED** this 13th day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE *2**